THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. FREDERIC KERNOCHAN et al., as Committee of the Estate of MARIE MARSHALL, an Incompetent Person, Appellants, *v.* WALTER W. LAW, JR., et al., Constituting the State Tax Commission, Respondent.

*Tax — sum paid out of income as compensation of committee of person of incompetent may not be deducted in estimating amount of income tax.*

*Matter of Kernochan* v. *Law*, 204 App. Div. 167, affirmed.
(Argued April 19, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1923, which confirmed, on certiorari, a determination of the state tax commission refusing to allow as a deduction, in estimating the income tax of Marie Marshall, an incompetent person, a sum paid from the incompetent's income to the committee of her person as their compensation as fixed by an order of the Supreme Court.

34

*Henry F. Miller* for appellants.

*Carl Sherman,* Attorney-General (*C. T. Dawes* and *Laurence Graves* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.